IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

YAZOO RIVER TOWING ,INC. ET AL                                    PLAINTIFFS

VERSUS                          CIVIL ACTION NO. 5:08cv287DCB-JMR

LAWSON AND LAWSON TOWING, CO.                                     DEFENDANTS

## ORDER

This cause comes before the Court in light of the notice of stay entered on February 25,2009. The Court finds that there appears to be no further reason to maintain the file as an open one for statistical purposes. Parties are to notify the Court within ten days of any matter needing the assistance of the Court.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this matter and should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this minute entry had not been entered .

This the 25th day of February , 2010.

S/*John M Roper Sr.*
CHIEF UNITED STATES MAGISTRATE JUDGE